676 A.2d 1088

GENERAL MOTORS CORPORATION v. CITY OF LINDEN,
ET AL. AND RICHARD M. CHAIKEN, MAI.

October 18, 1995.

ORDER

Leave to appeal is granted.

676 A.2d 1088

IN THE MATTER OF ACPE NO. 22–95 (NEW JERSEY
STATE BAR ASSOCIATION ET AL.).

November 2, 1995.

ORDER

Petition for review is granted.